IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:08-cr-00217-1 |
| v. | ) | |
| | ) | Judge Nixon |
| DAVAURIUS Q. BENFORD | ) | |

## ORDER

Pending before the Court is Defendant Davaurius Benford's Motion for Early Termination of Supervised Release ("Motion") Pursuant to 18 U.S.C. § 3583(e)(1). (Doc. No. 35.) Benford was sentenced to a five year term of supervised release and has completed over two years of that term. The Government does not oppose Benford's Motion.

Accordingly, the Court hereby **ORDERS** the termination of Davaurius Benford's supervised release and **DISCHARGES** him from supervised release.

It is so ORDERED.

Entered this the 27th day of April, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT